AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Daron Allen
    Plaintiff

v.

James Chandler   Rapael Williams
Mark Emig   David Williams
    Defendant(s) Jay Sylvester

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 06 - 405

I, Daron Allen, declare that I am the (check appropriate box)

[✓] Petitioner/Plaintiff/Movant     [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED JUN 26 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? [✓] Yes  [ ] No  (If "No" go to Question 2)

    If "YES" state the place of your incarceration Howard R. Young Corr. Inst.  Ro scanned

    **Inmate Identification Number (Required):** 310100

    Are you employed at the institution? No   Do you receive any payment from the institution? no

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?  [ ] Yes  [✓] No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | | ✓ |
    | b. | Rent payments, interest or dividends | | ✓ |
    | c. | Pensions, annuities or life insurance payments | | ✓ |
    | d. | Disability or workers compensation payments | | ✓ |
    | e. | Gifts or inheritances | | ✓ |
    | f. | Any other sources | ✓ | |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. I have recieved money from my mother while incarcerated to purchase necessary items through the prison commissary. Ive recieved an estimated $50.00 per month. However, I do not know what to expect in the future.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   ✓ Yes   • No

   If "Yes" state the total amount $ A negative balance with Commerce Bank

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • Yes   ✓ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable. None

I declare under penalty of perjury that the above information is true and correct.

June 7th, 2006                    *Darcy B. Allen*
DATE                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                                   Page 1 of 1

HRYCI
05/31/06 12:56
ST 007 / OPR JMH

SBI              : 310100
Resident Name    : ALLEN, DARON B
Time Frame       : 12/05/2005 12:25 - 05/31/2006 12:56

------------------------------------------------------------------------------------
Date        Time    Type              ST   OPR    Receipt #       Amount      Balance
------------------------------------------------------------------------------------

12/05/2005  12:25   Order             2    DDT    B90990           50.85        25.09
12/06/2005  08:55   Credit            3    WLH    C9776             5.30        30.39
12/12/2005  12:48   Order             2    WLH    B92015           27.53         2.86
12/22/2005  13:04   Add               4    J      D38820           10.00        12.86
12/24/2005  13:42   Add               8    elj    H17356          100.00       112.86
12/26/2005  07:11   Order             2    DDT    B93932           34.35        78.51
01/04/2006  05:47   Order             2    WLH    B95058           36.70        41.81
01/09/2006  11:23   Add               4    SEA    D39852           10.00        51.81
01/09/2006  12:16   Order             2    WLH    B95994           10.52        41.29
01/14/2006  14:22   Add               8    elj    H17909           50.00        91.29
01/16/2006  07:13   Order             2    DDT    B96997           13.87        77.42
01/23/2006  12:53   Order             2    DDT    B97970           22.02        55.40
01/24/2006  08:45   Order             3    WLH    C10735            0.20        55.20
01/27/2006  11:24   Add               4    CK     D40912           25.00        80.20
01/30/2006  10:59   Order             2    DDT    B99135           25.40        54.80
02/02/2006  11:07   Withdrawal        6    kjg    F16612            4.95        49.85
02/04/2006  13:00   Add               8    RLT    H18487          100.00       149.85
02/06/2006  12:34   Order             2    DDT    B100113          29.11       120.74
02/07/2006  13:17   Add               4    CK     D41625           20.00       140.74
02/13/2006  11:43   Order             2    DDT    B101081          15.72       125.02
02/18/2006  13:40   Add               8    RLT    H18868           50.00       175.02
02/20/2006  11:43   Order             2    DDT    B102237          11.35       163.67
02/25/2006  13:55   Add               8    elj    H19063           20.00       183.67
02/27/2006  12:06   Order             2    DDT    B103274          33.68       149.99
03/04/2006  13:56   Add               8    RLT    H19228          100.00       249.99
03/06/2006  13:45   Order             2    WLH    B104377          49.45       200.54
03/13/2006  09:06   Order             2    DDT    B105462          14.28       186.26
03/20/2006  09:19   Order             2    DDT    B106579          34.42       151.84
03/25/2006  13:37   Add               8    elj    H19787           50.00       201.84
03/27/2006  11:18   Order             2    DDT    B107779          25.86       175.98
03/28/2006  08:49   Order             3    WLH    C11637            0.92       175.06
04/01/2006  13:37   Add               8    elj    H19987           50.00       225.06
04/03/2006  09:51   Order             2    WLH    B108741          44.52       180.54
04/06/2006  14:56   Withdrawal        6    kjg    F18256           75.00       105.54
04/10/2006  07:18   Order             2    DDT    B109787          29.19        76.35
04/18/2006  05:48   Order             2    DDT    B110935          34.34        42.01
04/22/2006  11:41   Add               8    elj    H20473           30.00        72.01
04/22/2006  14:04   Add               8    elj    H20481          100.00       172.01
04/24/2006  11:51   Order             2    DDT    B111929          59.56       112.45
05/01/2006  10:28   Order             2    DDT    B112961          37.37        75.08
05/08/2006  10:05   Order             2    DDT    B114083          47.06        28.02
05/13/2006  14:13   Add               8    elj    H21055           50.00        78.02
05/15/2006  11:06   Order             2    DDT    B114976          30.23        47.79
05/22/2006  13:16   Order             2    DDT    B116099          27.82        19.97
05/29/2006  09:07   Order             2    DDT    B117038          18.30         1.67
05/29/2006  10:00   Add               4    SED    D48532           20.00        21.67
05/30/2006  14:49   Rec Payment       10   bsp    J3438             1.50        20.17
05/31/2006  09:47   Credit            3    WLH    C12553            0.94        21.11
```