IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Daron B. Allen,
Clifton Demont Hall,

Plaintiffs,

v.

James Chandler, Warden Raphael Williams, Deputy Warden Mark Emig, Security Chief David Williams, Jay Sylvester,

Defendants.

Civil Action No. 06-405-JJF

**AUTHORIZATION**

BD Scanned

I, Daron B. Allen, SBI #310100, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $26.37 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 8/2/06, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 8/8/06, 2006.

Daron B. Allen
Signature of Plaintiff

Howard R. Young Corr. Inst.
P.O. Box [illegible]
[illegible] DE [illegible]

WILMINGTON DE 197
14 AUG 2006 PM 3 T

[illegible]
[illegible] District Court
844 N. King St. Lockbox 18
Wilmington, Delaware 19[illegible]1

19801+3519 C012

Legal Mail