U.S. District Court
District of Delaware (Wilmington)

To: Allen et al v. Chandler et al
RE: Case # 06 CV 405 JJF
From: Clifton Demont Hall

Change of Address:

I am writing this to notify the Court of my current address which is The Plummer Center 38 Todds Lane Wilmington, DE. 19802. In addition I am requesting to make arrangements for my partial filing fee so that this case does not be dismissed for lack of.

Thank you,
Clif Hall
9-5-06