To: The Honorable Judge Joseph J. Farnan, Jr.
From: Daron Allen
Re: Case #1:06-cv-405
Date: September 4, 06

    Sir, I humbly ask of your time in reading and addressing this letter at your earliest convenience. For a few reasons I wish to withdraw my Complaint/Case #1:06-cv-405 from the Court. I am due to be released from the institution in a few months and would like to re-submit the Complaint upon my release. I am aware that I have/had up to 2 years to file said Complaint and am unsure as to whether I would be able to re-submit the Complaint if I were to withdraw it now. If I would be allowed I'd like to have it withdrawn if not Could you respond letting me know the proper procedure in regards to my issue. Your time is greatly appreciated.

                          Thank You,

                          Daron Allen



FILED
SEP -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BOscanned

Daron Allen-310100
H.R.Y.C.I.
P.O. Box 9561
Wilm., DE 19809

WILMINGTON DE 197
05 SEP 2006 PM 2 L

The Honorable Judge Joseph J. Farnan Jr.
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE. 19801