OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 8, 2006

TO: Daron B. Allen
SBI #310100
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE: Letter dated 9/4/06 requesting legal advise; 06-405(JJF)**

Dear Mr. Allen:

The above referenced letter has been received by this office requesting assistance. Please be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.