IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARON B. ALLEN and CLIFTON DEMONT HALL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 06-405-JJF ) |
| JAMES CHANDLER, et al., | ) ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Plaintiffs, Daron B. Allen and Clifton Demont Hall, prisoners incarcerated within institutions of the Delaware Department of Correction, filed a complaint on June 26, 2006, pursuant to 42 U.S.C. § 1983;

WHEREAS, on September 6, 2006, the Court received a letter from Daron B. Allen wherein he stated that he wanted to withdraw his complaint, and which the Court construes as a motion to voluntarily dismiss his claims pursuant to Fed. R. Civ. P. 41(a) (D.I. 10);

WHEREAS, the Court **GRANTS** the motion to voluntarily dismiss (D.I. 10);

THEREFORE, at Wilmington this _13_ day of September, 2006, IT IS ORDERED that Daron Allen is **DISMISSED WITHOUT PREJUDICE** as a Plaintiff in this action pursuant to Fed. R. Civ. P. 41(a).

UNITED STATES DISTRICT JUDGE