To: Office of the Clerk United States District Court
From: Daron Allen
Subject: Civil Action # 06-405-JJF
date:

On September 13th 06 the honorable Judge Joseph J. Farnan dismissed myself as a plaintiff in the above stated Civil Action. I was after the dismissal assed the partial filing fee of $26.37 for this case. Because I was dismissed I feel I should not have been liable to pay the filing fee and was hoping to be reimbursed. I also would like clarification as to whether I'd be able to refile my complaint at a later date for I specified in my letter my wanting to do so and if not I didn't want to be dismissed. Your time in dealing with this matter is greatly appreciated.

Thank You,

Daron Allen



FILED
SEP 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BD  9/22/06

Daron Allen - 310100
H.R.Y.C.I.
P.O. Box 9561
Wilm, DE. 19809

WILMINGTON DE 197
21 SEP 2006 PM 3 T

Office of the Clerk
United States District Court
844 N. King St. Lock box 18
Wilmington, DE. 19801