OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 26, 2006

TO:   Daron B. Allen
      SBI #310100
      Howard R. Young Correctional Institution
      P.O. Box 9561
      Wilmington, DE 19809

   **RE:   Letter dated 9/22/06 Requesting Legal Advice; 06-405(JJF)**

Dear Mr. Allen:

   The above referenced letter has been received by this office requesting assistance regarding a filing fee reimbursement. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

                                   Sincerely,

/bad                               PETER T. DALLEO
                                   CLERK

cc:   The Honorable Joseph J. Farnan, Jr.