IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARON B. ALLEN and CLIFTON DEMONT HALL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 06-405-JJF ) |
| JAMES CHANDLER, et al., | ) ) |
| Defendants. | ) |

**ORDER**

The Court recently entered an order granting Plaintiff Daron B. Allen's motion to voluntarily dismiss his claims pursuant to Fed. R. Civ. P. 41(a) and dismissing him from the case. (D.I. 12.) Voluntary dismissal, however, does not automatically relieve a plaintiff from payment of the statutorily required filing fee. See 28 U.S.C. § 1914.

THEREFORE, at Wilmington this 27 day of September, 2006, IT IS HEREBY ORDERED that Plaintiff Daron B. Allen is not required to pay any further monies towards the remaining balance of the $350.00 filing fee. The Clerk of the Court is directed to send a copy of this order to the appropriate prison business office.

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE