IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARON B. ALLEN and CLIFTON DEMONT HALL, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 06-405-JJF ) |
| JAMES CHANDLER, et al., | ) ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Plaintiff Clifton Demont Hall filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this Court granted Plaintiff leave to proceed in forma pauperis, and on August 2, 2006, entered an order requiring Plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 6);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Plaintiff;

THEREFORE, at Wilmington this 27 day of September, 2006, IT IS HEREBY ORDERED that Plaintiff Clifton Demont Hall's claims are DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay the balance of the filing fee owed. The Clerk of the Court is directed to send a copy of this order to the appropriate prison business office. The Clerk of the Court is further directed to close the case inasmuch as Co-plaintiff Daron B.

Allen voluntarily dismissed his claims.

                                                                          */s/ Joseph J. Farnan, Jr.*
                                                       UNITED STATES DISTRICT JUDGE