OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 19, 2006

TO:  *H.R.Y.C.I.*
     *P.O. Box 9279*
     *Wilmington, DE 19809*

### RE:  Return of Check for Inmate Filing Fees,
###      Check # 047142 dated 10/16/06

Enclosed check, #047142 is being returned by the Clerk's Office without action.  It appears that subject check is written off the account of inmate Daron B. Allen, SBI #310100.

Please be advised that the Court issued an order on 9/27/06, dismissing the complaint for failure to provide an Authorization Form to the Clerk's Office in accordance with it's order dated 9/2/06. Copies of both orders are enclosed.

We are returning this check directly to the Business Office since your office issued it. Please contact me directly if you have a question, at 302-573-6170.

Sincerely,

/rpg

BY: _____  PETER T. DALLEO
                      CLERK
Ronald P. Golden III
Deputy Clerk

cc:  Financial Administrator
     Mr. Daron B. Allen, SBI # 310100, H.R.Y.C.I.
     The Honorable Joseph J. Farnan, Jr., Civ. No. 06-405 JJF ✓

enc: D.I.'s 6, 15, and 16; Civ. No. 06-405 JJF

OWARD R. YOUNG CORRECTIONAL INSTITUTION

04714

```
Date      : October 16, 2006 10:24
Amount    : $26.37
Payee     : Clerk of Court
Memo      : Daron  B. Allen  SBI# 310100

Check #   : 47142
Type      : WITHDRAWAL
Checkbook : 1
Station   : 6
Operator  : kjq
Resident  : 310100
            ALLEN, DARON B
```



04714

HOWARD R. YOUNG CORRECTIONAL INSTITUTION
INMATE ACCOUNT
1301 E. 12TH STREET
WILMINGTON, DELAWARE 19809

PNC Bank, Delaware
Wilmington, DE 19802

62-8
311

October 16, 2006

VOID AFTER 60 DAYS

*Daren B. Allen  06cv405 JJF*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Daron B. Allen,                     )
Clifton Demont Hall,                )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civil Action No. 06-405-JJF
                                    )
James Chandler, Warden              )
Raphael Williams, Deputy            )
Warden Mark Emig, Security          )
Chief David Williams, Jay           )
Sylvester,                          )
                                    )
        Defendants.                 )

**ORDER**

1.  Plaintiffs Daron B. Allen, SBI #310100, and Clifton
Demont Hall, SBI #277466, pro se litigants who are presently
incarcerated, have filed this action pursuant to 42 U.S.C. § 1983
without prepayment of the filing fee or a request to proceed in
forma pauperis pursuant to 28 U.S.C. § 1915.

2.  On July 7, 2006, this Court assessed plaintiffs the
$350.00 filing fee jointly and severally liable, and ordered
plaintiff Clifton Demont Hall to provide a request to proceed in
forma pauperis and a certified copy of his prison trust fund
account statement for the six-month period immediately preceding
the filing of the above-referenced complaint. Plaintiff Hall
submitted the required documents on July 27, 2006. Based on each
plaintiff's submissions, their requests to proceed in forma
pauperis are granted.

3.  In evaluating plaintiff Daron B. Allen's account information pursuant to 28 U.S.C. § 1915(b)(1), the Court has determined that he has an average account balance of $92.88 for the six months preceding the filing of the complaint.  The plaintiff's average monthly deposit is $131.87 for the six months preceding the filing of the complaint.  Accordingly, the plaintiff is required to pay an initial partial filing fee of $26.37, this amount being 20 percent (20%) of $131.87, the greater of his average monthly deposit and average daily balance in the trust fund account for the six months preceding the filing of the complaint.  **Therefore, plaintiff Daron B. Allen shall, within thirty days from the date this order is sent, complete and return to the Clerk of Court the attached authorization form allowing the agency having custody of him to forward the $26.37 initial partial filing fee and subsequent payments to the Clerk of the Court.  FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

2

4.    Upon receipt of this order and the authorization form, the Warden or other appropriate official at Howard R. Young Correctional Institution, or at any prison at which plaintiff Daron B. Allen is or may be incarcerated, shall be required to deduct the $26.37 initial partial filing fee from the plaintiff's trust account, when such funds become available, and forward that amount to the Clerk of the Court.  Thereafter, absent further order of the Court, each time that the balance in plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at Howard R. Young Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's trust account and forward that amount to the Clerk of the Court until the filing fee is paid in full.

5.    The Court has further determined that **plaintiff Clifton Demont Hall has no assets and no means to pay the initial partial filing fee, nevertheless, any money the plaintiff later receives will be collected in the manner described below.**

6.    Plaintiff Clifton Demont Hall shall, within thirty days from the date this order is sent, complete and return to the Clerk of Court, the attached authorization form allowing the agency having custody of him to forward all payments required by 28 U.S.C. § 1915(b)(2) to the Clerk of the Court.  **FAILURE OF THE**

3

**PLAINTIFF TO RETURN THE AUTHORIZATION FORM TO THE CLERK OF COURT WITHIN THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION.**

7.    Plaintiff Clifton Demont Hall shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's prison trust account and absent further order of the Court, the Warden or other appropriate official at Webb Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall forward payments from his account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid in full. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

8.    Pursuant to 28 U.S.C. § 1915(g), if a plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court

4

determines that the plaintiff is under imminent danger of serious physical injury.

DATED: 8 / 2 / 06

_____
United States District Judge

5

15

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DARON B. ALLEN and CLIFTON       )
DEMONT HALL,                     )
                                 )
         Plaintiffs,             )
                                 )
         v.                      )    Civ. No. 06-405-JJF
                                 )
JAMES CHANDLER, et al.,          )
                                 )
         Defendants.             )

**ORDER**

The Court recently entered an order granting Plaintiff Daron
B. Allen's motion to voluntarily dismiss his claims pursuant to
Fed. R. Civ. P. 41(a) and dismissing him from the case. (D.I.
12.) Voluntary dismissal, however, does not automatically
relieve a plaintiff from payment of the statutorily required
filing fee. See 28 U.S.C. § 1914.

THEREFORE, at Wilmington this $\frac{27}{}$ day of September, 2006,
IT IS HEREBY ORDERED that Plaintiff Daron B. Allen is not
required to pay any further monies towards the remaining balance
of the $350.00 filing fee. The Clerk of the Court is directed to
send a copy of this order to the appropriate prison business
office.

UNITED STATES DISTRICT JUDGE



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DARON B. ALLEN and CLIFTON     )
DEMONT HALL,                   )
                               )
        Plaintiffs,            )
                               )
    v.                         )     Civ. No. 06-405-JJF
                               )
JAMES CHANDLER, et al.,        )
                               )
        Defendants.            )

## ORDER

WHEREAS, Plaintiff Clifton Demont Hall filed a civil rights
action pursuant to 42 U.S.C. § 1983 without prepayment of the
filing fee;

WHEREAS, this Court granted Plaintiff leave to proceed in
forma pauperis, and on August 2, 2006, entered an order requiring
Plaintiff to complete and return an authorization form within
thirty days or the case would be dismissed (D.I. 6);

WHEREAS, the time period has lapsed, and to date the
authorization form has not been received from Plaintiff;

THEREFORE, at Wilmington this  $\mathcal{A}$   day of September, 2006,
IT IS HEREBY ORDERED that Plaintiff Clifton Demont Hall's claims
are DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to
pay the balance of the filing fee owed. The Clerk of the Court
is directed to send a copy of this order to the appropriate
prison business office. The Clerk of the Court is further
directed to close the case inasmuch as Co-plaintiff Daron B.

Allen voluntarily dismissed his claims.

UNITED STATES DISTRICT JUDGE