TO: U.S. District Court
From: Daran Allen
Re: Filing fee payments                    06-405 (JJF)
date: Oct. 22, 06

    I was dismissed as a plaintiff from a Complaint Civ. No. 06-405-JJF. On the 27th of September, 06 it was ordered by the Honorable Judge Farnan that I am "no longer required to pay any monies towards the remaining balance of the 350.00 filing fee." On Oct. 16, 06 a second payment of $26.37 was payed to the Court by this institution without my consent and beings though the order states I no longer required to pay and was dated weeks prior I would like to be reimbursed the $26.37 as soon as possible. Enclosed you will find an copy of the order and a copy of the receipt.

                          Thank You,
                          Daran Allen



FILED
OCT 24 2006

Re scanned

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARON B. ALLEN and CLIFTON DEMONT HALL, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 06-405-JJF<br>) |
| JAMES CHANDLER, et al., | )<br>) |
| Defendants. | ) |

**ORDER**

The Court recently entered an order granting Plaintiff Daron B. Allen's motion to voluntarily dismiss his claims pursuant to Fed. R. Civ. P. 41(a) and dismissing him from the case. (D.I. 12.) Voluntary dismissal, however, does not automatically relieve a plaintiff from payment of the statutorily required filing fee. See 28 U.S.C. § 1914.

THEREFORE, at Wilmington this 27 day of September, 2006, IT IS HEREBY ORDERED that Plaintiff Daron B. Allen is not required to pay any further monies towards the remaining balance of the $350.00 filing fee. The Clerk of the Court is directed to send a copy of this order to the appropriate prison business office.

_____
UNITED STATES DISTRICT JUDGE

```
****** RESIDENT COPY ******

Withdraw Money
Receipt # F22528

HRYCI
10/16/2006 10:23:49
ST 006 / CKBK 1 / OPR KJG


ALLEN,
  DARON B

  SBI           : 310100
  Date of Birth :▓▓▓▓1975
  Location      :   2M   3

  Cash Amount   :         $0.00
  Check Amount  :        $26.37

  Total Withdrawn:       $26.37

  Check Information:
    Check #: 47142
    Payee : Clerk of Court
    Memo  : Daron B. Allen  SBI# 310100


  Comment : 10/16/6SecondPaymentClerkOfTheCourt


Debt Balance :              $0.00
Commissary Balance :        $18.61
```